JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN TYME COFFMAN, | Case No. EDCV 18-910 JAK(JC) |
|         Plaintiff, | |
|    v. | JUDGMENT |
| ANDREW SAUL, Commissioner of Social Security Administration, | |
|         Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

IT IS SO ADJUDGED.


DATED: September 5, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE